1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7               FOR THE DISTRICT OF ARIZONA

8

9   Hersi Jama Gelleh,                          No. CV-18-04944-PHX-NVW (ESW)

                        Petitioner,
10                                              **ORDER**
                                                **and**
11  v.                                          **DENIAL OF CERTIFICATE OF**
                                                **APPEALABILITY AND IN FORMA**
12  David Shinin, et al.,                       **PAUPERIS STATUS**

                        Respondents.
13

14        Pending before the court is the Report and Recommendation ("R&R") of Magistrate

15  Judge Willett (Doc. 34) regarding petitioner's Petition for Writ of Habeas Corpus filed

16  pursuant to 28 U.S.C. § 2254 (Doc. 1).  The R&R recommends that the Petition be

17  dismissed with prejudice.  The Magistrate Judge advised the parties that they had fourteen

18  days to file objections to the R&R.  (R&R at 12 (citing Rules 6, 72), Federal Rules of Civil

19  Procedure; 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

20  Cir. 2003) (*en banc*)).  No objections were filed.

21        Because the parties did not file objections, the court need not review any of the

22  Magistrate Judge's determinations on dispositive matters.  See 28 U.S.C. § 636(b)(1); Fed.

23  R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003);

24  *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any

25  review at all . . . of any issue that is not the subject of an objection.").  The absence of a

26  timely objection also means that error may not be assigned on appeal to any defect in the

27  rulings of the Magistrate Judge on any non-dispositive matters.  Fed. R. Civ. P. 72(a) ("A

28  party may serve and file objections to the order within 14 days after being served with a

1    copy [of the magistrate's order]. A party may not assign as error a defect in the order not

2    timely objected to."); *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996);

3    *Phillips v. GMC*, 289 F.3d 1117, 1120-21 (9th Cir. 2002).

4            Notwithstanding the absence of an objection, the court has reviewed the R&R and

5    finds that it is well taken.  The court will accept the R&R and dismiss the Petition.  *See* 28

6    U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole

7    or in part, the findings or recommendations made by the magistrate").

8            IT IS THEREFORE ORDERED that Report and Recommendation of the

9    Magistrate Judge (Doc.34) is accepted.

10           IT IS FURTHER ORDERED that the Clerk of the Court enter judgment dismissing

11   petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1)

12   with prejudice.  The Clerk shall terminate this action.

13           A request for a certificate of appealability will be denied because dismissal of the

14   Petition is justified by a plain procedural bar.

15           Dated this 11th day of June, 2020.

16

17   _____

18                    Neil V. Wake
                     Senior United States District Judge
19

20

21

22

23

24

25

26

27

28